**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JACQUELYN J. HARRINGTON,

Plaintiff,

-against-                                                         26 **CIVIL** 2821 (GBD)

**JUDGMENT**

HARRINGTON GLOBAL OPPORTUNITY
FUND GROUP LIMITED; B OF A SECURITIES
INC.; CIBC MARKETS INC.; MERRILL LYNCH
CANADA INC.,

Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 17, 2026, the Court has dismissed this action as frivolous.

See 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any

appeal from the order would not be taken in good faith, and therefore IFP status is denied for the

purpose of an appeal. See Coppedge v. United Stales, 369 U.S. 438, 444-45 (1962); accordingly,

the case is closed.

**Dated:** New York, New York

June 17, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY:                         K. mango
_____
**Deputy Clerk**